**FISHER & PHILLIPS LLP**
Mark J. Ricciardi, Esq.
Nevada Bar No. 3141
Scott M. Mahoney, Esq.
Nevada Bar. No. 1099
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATONYA RICE,<br><br>     Plaintiff,<br><br>v.<br><br>CLARK COUNTY dba<br>UNIVERSITY MEDICAL CENTER,<br><br>     Defendant. | Case No.: 2:09-cv-01508-PMP-GWF<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE DISPOSITIVE MOTION**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that the dispositive motion deadline be extended up to and including August 27, 2010.  The parties are still engaging in discussions about possible resolution of the case and do not wish to incur the expense of dispositive motion practice until this process is completed.  It was previously believed an extension until July 26 would suffice, but since that extension was granted, it has been determined certain information Plaintiff wishes to review will not be available until after July 21, and then Plaintiff's counsel will be unavailable to review it until August 9.  An extension until August 27 will provide enough time for review without having to request any further extensions, if the case is not resolved.  This is the second formal

- 1 -

LasVegas 85316.1

request for an extension of this deadline by the parties, although on March 8, 2010, Judge Leavitt extended the deadline because "the case has been in ENE mode for two months" (docket #21).

| | |
|---|---|
| /s/ Richard Segerblom, Esq. | /s/ Scott M. Mahoney, Esq. |
| Richard Segerblom, Esq. | Mark J. Ricciardi, Esq. |
| 704 South Ninth Street | Scott M. Mahoney, Esq. |
| Las Vegas, NV 89101 | 3800 Howard Hughes Pkwy, Suite 950 |
| Attorney for Plaintiff | Las Vegas, NV 89169 |

IT IS SO ORDERED:

_/s/ George Foley Jr._
United States Magistrate Judge

DATED: July 14, 2010

**FISHER & PHILLIPS LLP**
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

- 2 -

LasVegas 85316.1