**FISHER & PHILLIPS LLP**
Mark J. Ricciardi, Esq.
Nevada Bar No. 3141
Scott M. Mahoney, Esq.
Nevada Bar. No. 1099
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LATONYA RICE,<br><br>              Plaintiff,<br><br>     v.<br><br>CLARK COUNTY dba<br>UNIVERSITY MEDICAL CENTER,<br><br>              Defendant. | Case No.:  2:09-cv-01508-PMP-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

   IT IS HEREBY STIPULATED AND AGREED by and between the parties'

counsel of record that this matter be dismissed with prejudice, with each party to bear

- 1 -

their own costs and attorney's fees.

| | |
|---|---|
| /s/ Richard Segerblom, Esq. | /s/ Scott M. Mahoney, Esq. |
| Richard Segerblom, Esq. | Mark J. Ricciardi, Esq. |
| 704 South Ninth Street | Scott M. Mahoney, Esq. |
| Las Vegas, NV 89101 | 3800 Howard Hughes Pkwy, Suite 950 |
| Attorney for Plaintiff | Las Vegas, NV 89169 |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 3, 2010

- 2 -